UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO VERCH,

                Plaintiff,

    - against -

IESE USA, INC.,

                Defendants.

**ORDER**

19 Civ. 10258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled for May 7, 2020 is adjourned to **June 4, 2020 at 11:00 a.m.**

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge